IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02337-MSK-KMT

VINCENT TRUJILLO,

    Petitioner,

v.

WARDEN STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER

---

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **April 13, 2009**, the Clerk of the Denver District Court shall provide to this court the original written record of Denver criminal case no. 00CR2436, *People v. Vincent Trujillo*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by facsimile to **(720) 865-8582** and by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Denver, Colorado 80202.

    Dated this 12th day of March, 2009.

                                           **BY THE COURT:**

                                           Kathleen M. Tafoya
                                           United States Magistrate Judge