UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 19 2012

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CIVIL ACTION NO. 07-cv-02337 MSK

VINCENT TRUJILLO,

    Applicant,

vs.

WARDEN STEVEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 15th day of November, 2012.

                BY THE COURT:

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02337 MSK

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

**Vincent Trujillo
# 110833
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   11/19/2012  .

                                JEFFREY P. COLWELL, CLERK

                              By: s/ D. Berardi
                                      Deputy Clerk